UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRETT C. CONOVER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-00700-JRS-CSW |
| DUNLAP & COMPANY, INC, CLYCE SMITH, ALLEN ANDERSON, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER DIRECTING FILING OF A PLEADING AUTHORIZING DISMISSAL**

The Court has been advised by counsel that a settlement has been reached in this action, as to all defendants. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with their agreement. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are **VACATED**.

**IT IS ORDERED** that within thirty (30) days from the date of this order, counsel for the plaintiff shall file a motion to dismiss this cause or a stipulation of dismissal and submit an order for the Court's signature ordering the dismissal of this action (in conformance with the agreement of the parties). Failure to comply with this order may result in DISMISSAL WITH PREJUDICE pursuant to Rule 41(b), Fed. R. Civ. P. for failure to prosecute this action in a timely manner.

Additional time to complete the execution of the settlement document may be granted if requested in writing prior to the expiration of this period of time.

SO ORDERED.

Date: October 17, 2023

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.