**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| BRETT C. CONOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: 1:23-cv-00700-JRS-MG |
| | ) | |
| DUNLAP & COMPANY | ) | |
| INCORPORATED, CLYCE SMITH, | ) | |
| and ALLEN ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

Comes now Plaintiff Brett C. Conover and Defendants Dunlap and Company, Inc., Clyce Smith, and Allen Anderson, by their respective counsel, and hereby file their Joint Stipulation of Dismissal with Prejudice.

And the Court being duly advised in the premises, now find the relief prayed for therein should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Stipulation of Dismissal with Prejudice filed in this matter is hereby approved.

Date: 10/27/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system